IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JUDY SMITH,             ) | |
|      Plaintiff,         ) | |
|                         ) | |
| v.                      ) | CIVIL ACTION NO. 13-00621-KD-B |
|                         ) | |
| NAS, LLC,               ) | |
|      Defendant.         ) | |

**ORDER**

This action is before the Court on the Plaintiff's "Notice of Settlement" (Doc. 7), in which the Plaintiff states "that she has reached a settlement with the Defendant which will result in the dismissal of the claims filed" in this action. The "Plaintiff expects to be able to finalize the settlement within thirty (30) days."

Upon consideration, it is **ORDERED** that the above-styled action is **DISMISSED with prejudice** from the active docket of this Court, subject to the right of either party to reinstate the action within thirty (30) days of the date of this Order should the settlement agreement not be consummated.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58 of the Federal Rules of Civil Procedure.

The parties shall bear their own costs, expenses, and attorneys' fees in accordance with the terms of the settlement agreement.

**DONE** and **ORDERED** this the **11**[th] day of **March 2014**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**